J. COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@jcogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@jcogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN WOLF, an individual, | Case Number: |
| Plaintiff, | 2:22-cv-02031-JCM-VCF |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, | |
| Defendant. | |

## <u>SUBSTITUTION OF COUNSEL FOR PLAINTIFF</u>

Plaintiff, Ryan Wolf, hereby substitutes Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of

J. Cogburn Law, as counsel of record in the above-captioned matter in the place and stead of

Cogburn Law.

Dated ___01/11/2023___.

Ryan Wolf
*Plaintiff*

The signed document can be validated at https://app.vinesign.com/Verify

1   The undersigned, on behalf of Cogburn Law, hereby consents to the subsitution of

2   J. Cogburn Law as counsel of record for Plaintiff, Ryan Wolf, in the above-captioned matter in the

3   place and stead of Cogburn Law.

4   Dated this 11th day of January, 2023.

5                                       COGBURN LAW

6

7   By: ___*/s/Jamie S. Cogburn*_____
                                       Jamie S. Cogburn, Esq.
                                       Nevada Bar No. 8409
8                                       Erik W. Fox, Esq.
                                       Nevada Bar No. 8804
9                                       2580 St. Rose Parkway, Suite 330
                                       Henderson, NV 89074
10

11   The undersigned, on behalf of J. Cogburn Law, hereby agrees to be subsituted as counsel

12   of record for Plaintiff, Ryan Wolf, in the above-captioned matter in the place and stead of Cogburn

13   Law.

14   Dated this 11th day of January, 2023.

15                                       J. COGBURN LAW

16

17   By: ___*/s/Jamie S. Cogburn*_____
                                       Jamie S. Cogburn, Esq.
                                       Nevada Bar No. 8409
18   IT IS SO ORDERED.                  Erik W. Fox, Esq.
                                       Nevada Bar No. 8804
19                                       2580 St. Rose Parkway, Suite 330
                                       Henderson, NV 89074
20   _____            *Attorneys for Plaintiff*
     Cam Ferenbach
     United States Magistrate Judge

21   DATED ___1-11-2023_____

22   *NOTE TO COURT AND ALL INTERESTED PARTIES: This is not a firm name change. Cogburn*
     *Law is dissolving and J. Cogburn Law is a new firm formed by Jamie S. Cogburn, Esq. Joining*
23   *Mr. Cogburn at J. Cogburn Law are Erik W. Fox, Esq., Joseph J. Troiano, Esq., and Hunter S.*
     *Davidson, Esq.*

24

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the ___11th___ day of January, 2023.

☒     I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


_/s/Katie Johnson_____
An employee of J. Cogburn Law